**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Houle and Becky Houle, individually, and on behalf of all other persons similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Central Power Electric Cooperative, Inc., a North Dakota Electric Cooperative Corporation; Pringle & Herigstad, P.C., a North Dakota Professional Corporation; Debra L. Hoffarth; Aberdeen Appraisal, LLP, a South Dakota Limited Liability Partnership; Bruce J. Frink; Joel P. Frink; and Ulteig Engineers, Inc.; a North Dakota corporation, | ) ) ) ) ) ) ) ) ) ) | |
| | ) | Case No. 4:09-cv-021 |
| Defendants. | ) | |

_____

On May 28, 2009, the parties filed a Stipulation to Extend Time to Answer Complaint. The court **ADOPTS** the parties' stipulation (Docket No. 11) and **ORDERS** that Defendants Aberdeen Appraisal, LLP, Bruce J. Frink, Joel P. Frink, and Ulteig Engineers, Inc. shall have until June 22, 2009, to file an answer or otherwise respond to the Plaintiffs' complaint.

Dated this June 1, 2009.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr.
                                               United States Magistrate Judge