# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| David Houle and Becky Houle, individually, and on behalf of all other persons similarly situated, and on behalf of all other persons similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Central Power Electric Cooperative, Inc., a North Dakota Electric Cooperative, | ) ) ) | Case No.  4:09-cv-021 |
| Defendant. | ) | |

_____

One June 2, 2009, the Plaintiffs filed a Motion to Disqualify Attorney Representation of Co-Defendant/Client.  On October 14, 2009, they filed with the court a request to withdraw the motion (Docket No. 71).

There being no objection by the Defendant, the court **GRANTS** the Plaintiff's request to withdraw their Motion to Disqualify Attorney Representation of Co-Defendant/Client (Docket No. 71).  The Motion to Disqualify Attorney Representation of Co-Defendant/Client is **MOOT** (Docket No. 20).

**IT IS SO ORDERED.**

Dated this 8th day of December, 2009.

>                       */s/  Charles S.  Miller, Jr.*
>                        Charles S.  Miller, Jr.
>                        United States Magistrate Judge