### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | |
|---|---|
| David Houle and Becky Houle, | ) |
| | ) |
| Plaintiffs, | ) **NOTICE OF THE POTENTIAL** |
| | ) **INTEREST OF THE UNITED STATES** |
| vs. | ) **IN PENDING LITIGATION** |
| | ) |
| Central Power Electric Cooperative, Inc., | ) |
| a North Dakota Electric Cooperative, | ) |
| | ) Case No. 4:09-cv-021 |
| Defendant. | ) |

The comments to Rule 19 of the Federal Rules of Civil Procedure state that there may be instances in which the court deems it advisable to notify a person that there is currently pending an action in which that person may have an interest. The court has made that determination with respect to the above captioned action in terms of the possible interest of the United States as the trustee of of a certain Indian allotment located in the District of North Dakota of which the plaintiffs are the beneficial owners. Consequently, as will be ordered below, notice of the pending action shall be given to the United States by service upon the United States Attorney for the District of North Dakota with the expectation that the notice will forwarded by the United States Attorney to other persons within the Executive Branch as appropriate.

Based on the foregoing, it is hereby **ORDERED** that the clerk docket this Notice and serve by mail a copy upon the United States Attorney for the District of North Dakota along with copies of the Second Amended Complaint (Doc. No. 113) and the Report and Recommendation filed March 24, 2011 (Doc. No. 112).

1

Dated this 6th day of April, 2011.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge