**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al., ) | | |
| ) | **ORDER** | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| Central Power Electric Cooperative, Inc., ) | | |
| (CPEC), et. al., ) | Case No. 4:09-cv-021 | |
| ) | | |
| Defendants. ) | | |

| | | |
|---|---|---|
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-055 |
| Cecil L. Jeannotte, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-061 |
| Corey J. Hall, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-073 |
| Cecil L. Jeannotte, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-076 |
| Howard Longie, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-077 |
| Est of Marie M. Jeanotte, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-078 |
| Donna M. Anderson, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-084 |
| Pete Barnett, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-098 |
| John E. Monette, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-100 |
| Ophelia Dixon Navarro, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:11-cv-101 |
| Kimberly Blackwell, et. al., | Defendants. ) | |
| CPEC v. | Plaintiff, ) | Case No. 4:12-cv-004 |
| Dustin Decoteau, et. al., | Defendants. ) | |

The court shall conduct a status conference in the above-entitled actions on August 2, 2012, at 11:00 a.m. CDT. The court shall initiate the conference call. Any defendants who have appeared

1

*pro se* that want to participate in the conference call should provide the court with a telephone number at which they can be reached.

**IT IS SO ORDERED.**

Dated this 17th day of July, 2012.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr.
>United States Magistrate Judge