# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| David Houle and Becky Houle, et. al., | ) | |
| | ) | **ORDER** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Central Power Electric Cooperative, Inc., (CPEC), et. al., | ) | Case No. 4:09-cv-021 |
| | ) | |
| Defendants. | ) | |

| | | | |
|---|---|---|---|
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-055 |
| CPEC v. Corey J. Hall, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-061 |
| CPEC v. Cecil L. Jeannotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-073 |
| CPEC v. Howard Longie, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-076 |
| CPEC v. Est of Marie M. Jeanotte, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-077 |
| CPEC v. Donna M. Anderson, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-078 |
| CPEC v. Pete Barnett, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-084 |
| CPEC v. John E. Monette, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-098 |
| CPEC v. Ophelia Dixon Navarro, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-100 |
| CPEC v. Kimberly Blackwell, et. al., | Plaintiff, Defendants. | ) | Case No. 4:11-cv-101 |
| CPEC v. Dustin Decoteau, et. al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-004 |
| CPEC v. Nick Wilkie, et al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-005 |
| CPEC v. Gloria Davis, et al., | Plaintiff, Defendants. | ) | Case No. 4:12-cv-005 |

On October 5, 2012, the parties filed what the court construes as a Stipulation for Extension

of Time to Respond to CPEC's Motion for Summary Judgment on the Issue of Public Use and

1

Necessity. The court **ADOPTS** the stipulation. Responses to CPEC's Motion for Summary Judgment on the Issue of Public Use and Necessity are due by October 26, 2012.

    **IT IS SO ORDERED**.

    Dated this 5th day of October, 2012.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr.
                                        United States Magistrate Judge